STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Samuel David Abraham
Attorney at Law
5040 Ambassador Caffery, #200
Lafayette LA 70508

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 11, 2024

**REHEARING ACTION: December 11, 2024**

**Docket Number: 24   00220-CA**

**ALLEN DEHART, ET AL**
**VERSUS**
**BRUCE A. JONES, M.D., ET AL**

**Appealed from Lafayette Parish Case No. C-20123593**

**BEFORE JUDGES:**

   **Hon. Gary J. Ortego**
   **Hon. Ledricka J. Thierry**
   **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Allen Dehart, et al** has this day been

   **DENIED.**

cc: Brandon M. Rhodes, Counsel for the Appellee
    Nicholas Gachassin, III, Counsel for the Appellee
    Julie Savoy, Counsel for the Appellee
    Alan K. Breaud, Counsel for the Appellee
    Jade A. Forouzanfar, Counsel for the Appellee